\#

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHAUNCEY A. SIMPSON,
    Plaintiff,

vs.                                                      Case No.: 3:19cv2137/RV/EMT

OFFICER UPTON
and OFFICER MAULTSBY,
    Defendants.
                                              /

## **ORDER**

       The chief magistrate judge issued a Report and Recommendation on December 21, 2021 (ECF No. 60). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

       Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

       Accordingly, it is **ORDERED**:

       1.    The chief magistrate judge's Report and Recommendation (ECF No. 60) is adopted and incorporated by reference in this order.

       2.    Defendants' motion for summary judgment (ECF No. 49) is **GRANTED**.

\#

    3.    Plaintiff's motion for summary judgment (ECF No. 51) is **DENIED**.

    4.    The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 21ˢᵗ day of January 2022.


    /s/ Roger Vinson
    **ROGER VINSON**
    **SENIOR UNITED STATES DISTRICT JUDGE**